IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: 2:10-CV-01442-TFM

| | |
|---|---|
| DANIEL DEGNAN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF MEDIATION** |
| ) | |
| COMMONWEALTH FINANCIAL ) | |
| SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | Electronically Filed |

NOTICE OF MEDIATION SESSION

The Mediation session in this instant action has been scheduled for March 25, 2011, at 9:30a.m. The session will be held at the offices of Eugene F. Scanlon, Jr., Scanlon ADR Services, Suite 707 Grant Building, 310 Grant Street, Pittsburgh PA 15219.

February 15, 2011                    Respectfully Submitted:

**JEFFREY L. SUHER, P.C.**

By: /s/Jeffrey L. Suher
Jeffrey L. Suher, Esquire
Attorney for Plaintiff
PA. I.D. No.: 74924
4328 Old William Penn Highway
Monroeville, PA 15146
412-374-9005
412-0799 (fax)
jsuherlaw@me.com