UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: 2:10-cv-01442-TFM

| | |
|---|---|
| DANIEL DEGNAN,<br><br>   Plaintiff,<br>v.<br><br>COMMONWEALTH FINANCIAL SYSTEMS, INC.<br><br>   Defendant. | **STIPULATION OF DISMISSAL**<br><br><br><br><br>JURY TRIAL DEMANDED |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the undersigned counsel for all parties hereto that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

May 27, 2011
             Respectfully Submitted

             By: **s/Jeffrey L. Suher**
             Jeffrey L. Suher, Esquire
             4328 Old William Penn Highway, Suite 2J
             Monroeville PA 15146
             412-374-9005
             lawfirm@jeffcanhelp.com
             Counsel for Plaintiff

             */s/James McNally, Esquire*
             Attorney for Defendant
             Law Firm of Metz Lewis, LLC
             11 Stanwic Street, 18th Floor
             Pittsburgh PA 15222
             412-918-1100
             jmcnally@metzlewis.com
             Attorney for Defendant.